AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MILLING, JR., BERT W. | 2. Court or Organization  U.S. DISTRICT COURT - SOUTHERN | 3. Date of Report  05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  FULL TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
| 7. Chambers or Office Address  113 ST JOSEPH STREET  MOBILE, AL 36602 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBVA COMPASS | D | Dividend | | | Sold | 12/06/11 | K | B | |
| 2. BBVA COMPASS CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 3. BBVA COMPASS MONEY MARKET ACCT | A | Interest | K | T | | | | | |
| 4. PITMAN PROPERTIES, LLC - FAIRHOPE, AL | E | Distribution | M | U | | | | | |
| 5. BATTLES WHARF FAMIL VENTURE, LLC | | None | J | U | | | | | |
| 6. TD AMERITRADE - BROKERAGE ACCOUNT - HAYEK KALLEN | | | | | | | | | ALL ACCOUNTS LISTED BELOW |
| 7. - ABBOTT LABS | A | Dividend | K | T | Buy | 04/15/11 | K | | |
| 8. - ABBOTT LABS | A | Dividend | J | T | Buy (add'l) | 10/17/11 | J | | |
| 9. - ACCENTURE LTD CL A | A | Dividend | K | T | | | | | |
| 10. - ALTRIA GROUP | B | Dividend | K | T | | | | | |
| 11. - ARCHER DANIELS MIDLAND CO COM | A | Dividend | J | T | Buy | 04/15/11 | K | | |
| 12. - BERKSHIRE HATHAWAY - CL B | | None | K | T | | | | | |
| 13. - BOARDWALK PIPELINE PARTNERS | B | Distribution | K | T | | | | | |
| 14. - BOARDWALK PIPELINE PARTNERS | B | Distribution | J | T | Buy (add'l) | 12/28/11 | J | | |
| 15. - CHINA MOBILE LTD SP ADR | B | Dividend | K | T | | | | | |
| 16. - CHINA MOBILE LTD SP ADR | B | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 17. - COCA COLA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 19. - EXELON CORP | A | Dividend | K | T | Buy | 04/15/11 | K | | |
| 20. - EXXON MOBIL | A | Dividend | K | T | | | | | |
| 21. - GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 22. - JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 23. - MARATHON OIL | A | Dividend | J | T | | | | | |
| 24. - MARATHON PETE CORP | A | Dividend | J | T | Spinoff (from line 23) | 06/30/11 | J | | |
| 25. - MICROSOFT | A | Dividend | K | T | | | | | |
| 26. - MICROSOFT | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 27. - MOLSON COORS BREWING CL B | A | Dividend | K | T | Buy | 01/20/11 | K | | |
| 28. - MOLSON COORS BREWING CL B | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 29. - MOLSON COORS BREWING CL B | A | Dividend | J | T | Buy (add'l) | 10/17/11 | J | | |
| 30. - NOVARTIS A G | A | Dividend | K | T | | | | | |
| 31. - NOVO-NORDISK A S ADR | | None | J | T | Buy | 08/11/11 | J | | |
| 32. - NOVO-NORDISK A S ADR | | None | J | T | Buy (add'l) | 10/17/11 | J | | |
| 33. - PEABODY ENERGY | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 34. - PEABODY ENERGY | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PEPSICO INC CO | A | Dividend | K | T | Buy | 04/15/11 | K | | |
| 36. - PEPSICO INC CO | A | Dividend | J | T | Buy (add'l) | 10/17/11 | J | | |
| 37. - PHILLIP MORRIS | B | Dividend | K | T | | | | | |
| 38. - SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 39. - TARGET CORP COM | A | Dividend | K | T | Buy | 04/15/11 | K | | |
| 40. - TARGET CORP COM | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 41. - TEVA PHARM INDS | A | Dividend | K | T | | | | | |
| 42. - TEVA PHARM INDS | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 43. - THERMO FISHER SCIENTIFIC | | None | K | T | | | | | |
| 44. - TRANSOCEAN LTD | B | Dividend | K | T | Sold (part) | 12/28/11 | K | A | |
| 45. - TRANSOCEAN LTD | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 46. - VERIZON COMMUNICATIONS | B | Dividend | K | T | | | | | |
| 47. - VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 48. - VODAFONE GROUP PLC ADR | | None | K | T | Buy | 12/28/11 | K | | |
| 49. - WAL-MART | A | Dividend | K | T | | | | | |
| 50. - WASTE MANAGEMENT | A | Dividend | J | T | | | | | |
| 51. - ZIMMER HOLDINGS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AMERICAN CENTURY SHORT | A | Distribution | K | T | | | | | |
| 53. - BRANDYWINE FUND | | None | K | T | | | | | |
| 54. - FRANKLIN FED TAX FREE INCOME CL | C | Interest | M | T | | | | | |
| 55. - PROFESSIONALLY MGD: OSTERWEIS FD | A | Distribution | K | T | | | | | |
| 56. - SEQUIOA FUND | A | Distribution | L | T | | | | | |
| 57. - THORNBURG INTL VALUE FUND | A | Dividend | K | T | | | | | |
| 58. - DB CAPITAL FUNDING X PFDS DIV 7 | B | Dividend | K | T | | | | | |
| 59. - AMERICAN INTL GROUP | A | Interest | K | T | | | | | |
| 60. - BANK AMER N A CD | | | K | T | | | | | |
| 61. - BANK OF AMERICA CORP CL 5.13% | A | Interest | K | T | Buy | 02/22/11 | K | | |
| 62. - BAYTREE NATL BK | B | Interest | K | T | | | | | |
| 63. - CITIGROUP INC SUB NT 5% | B | Interest | K | T | | | | | |
| 64. - DELL INC SR UNSECURED 3.375% | A | Interest | K | T | Buy | 06/27/11 | K | | |
| 65. - INTL BK RECON & DEVELOP CORP | A | Interest | K | T | | | | | |
| 66. - JOHN HANCOCK LIFE INS CO | B | Interest | K | T | | | | | |
| 67. - LOEWS CORP | B | Interest | K | T | | | | | |
| 68. - MORGAN STANLEY DEAN WITTER NOTE | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - MORGAN STANLEY DEAN WITTER SR UNSCRD 7% | | None | K | T | Buy | 08/16/11 | K | | |
| 70. - PLATINUM BANK | B | Interest | K | T | | | | | |
| 71. - POTASH CORP SASKATCHE 5.25% | B | Interest | K | T | | | | | |
| 72. - ROYAL BANK OF SCOTLAND | A | Interest | J | T | | | | | |
| 73. - ROYAL BANK OF SCOTLAND PLC VAR | D | Interest | K | T | | | | | |
| 74. - SUNTRUST BANK CD | | None | K | T | | | | | |
| 75. - TIME WARNER CABLE INC 8.25% | | None | K | T | Buy | 11/16/11 | K | | |
| 76. - TOYOTA MOTOR CREDIT NOTES | A | Interest | K | T | Buy | 01/25/11 | K | | |
| 77. - UNION BANK CALIF N A 18.0% | | None | K | T | Buy | 07/27/11 | K | | |
| 78. - VERIZON NEW YORK INC 6.875% | B | Interest | | | Buy | 07/01/11 | K | | |
| 79. - VERIZON NEW YORK INC 6.875% | | | | | Sold | 07/01/11 | K | A | |
| 80. - WELLS FARGO BK CD | | None | K | T | | | | | |
| 81. - BARCLAYS BANK WILMINGTON DE | A | Interest | | | Sold | 05/12/11 | K | C | |
| 82. - HSBC BK USA NA CD | B | Interest | | | Sold | 06/27/11 | K | A | |
| 83. - LEHMAN BROTHERS BANK CD | A | Interest | | | Sold | 05/26/11 | K | A | |
| 84. - BARCLAYS BK DEL SR UNSEC SER MT | | None | | | Sold | 07/26/11 | K | A | |
| 85. - MEDTRONIC INC | A | Interest | | | Sold | 04/15/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - CASH - HAYEK KALLEN | | None | J | T | | | | | |
| 87.   - TD BANK USA FDIC INSRD DEPOSIT | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BERT W. MILLING, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544